KAREN P. HEWITT
United States Attorney
TIMOTHY D. COUGHLIN
Assistant U.S. Attorney
California State Bar No. 144911
Federal Office Building
880 Front Street, Rm. 6293
San Diego, California 92101
Telephone:  (619) 557-7044

Attorneys for Plaintiff
United States of America

FILED
SEP 0 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DENKALL , S.A. (1),<br>QUALITY VET, S.A. (2),<br>ANIMAL POWER, S.A. (3),<br><br>  Defendants. | Criminal Case No. 05cr1629-L<br><br>**ORDER DISMISSING ORIGINAL INDICTMENT AS TO THREE CORPORATE DEFENDANTS AND RECALLING ARREST WARRANTS** |

UPON MOTION OF THE UNITED STATES, and good cause appearing,

IT IS HEREBY ORDERED that the original Indictment in the above referenced case is ordered dismissed as to Corporate Defendants Denkall (1), Quality Vet (2) and Animal Power (3), and the arrest warrants and/or any summons for Corporate Defendants Denkall, Quality Vet and Animal Power are ordered recalled and cancelled. The charges in the Superseding Iindictment that are being dismissed are:

**Count 1**: Conspiracy to Import Schedule III Controlled Substances, to wit, anabolic steroids in violation of Title 21, United States Code, 952 (b), 960 (b)(4), and 963;

**Count 2**: Conspiracy to Distribute Schedule III Controlled Substances, to wit, anabolic steroids, in violation of Title 21, United States Code, Sections 846 and 841(a)(1);

**Count 3**: Conspiracy to Launder Money, in violation of Title 21, United States Code, Sections 956(h), 1956(a)(1)(A)(I) and 1956(a)(1)(B)(I); and

**Criminal Forfeiture:** Forfeiture Allegations, in violation of Title 21, United States Code, Sections 853(a)(1) and (a)(2) and 853(p), and Title 21, United States Code, Section 982.

This order shall not dismiss the Superseding Indictment against any remaining defendants and shall not dismiss the Superseding Information filed against Corporate Defendants Denkall, Quality Vet and Animal Power. This order of dismissal shall be considered a final adjudication of the allegations in the Superseding Indictment as to Corporate Defendants Denkall, Quality Vet and Animal Power. As against Corporate Defendants Denkall, Quality Vet and Animal Power, the final adjudication of the allegations in the Superseding Indictment are embodied by and superseded by the guilty plea entered by Corporate Defendants Denkall, Quality Vet and Animal Power to the Superseding Information.

IT IS SO ORDERED.

Dated: September 7, 2007

M. JAMES LORENZ
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

KAREN P. HEWITT
United States Attorney

TIMOTHY D. COUGHLIN
Assistant United States Attorney

Counsel for Plaintiff
United States of America