**FILED**

SEP 0 7 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DENKALL (1),<br>  aka Comercivet Del Sur,<br>  aka Comercivet S.A. De C.V.,<br>  aka Denkall Dawes,<br>      aka Operadora Salvet,<br>      aka Operadora Dawvet<br>          Del Norte,<br>  aka Operadora Dawvet Del Sur,<br>  aka Petguard De Mexico<br>          S.A. De C.V.,<br>aka www.denkall.com,<br>QUALITY-VET (2),<br>  aka Comercializadora Garvet<br>          S.A. De C.V.,<br>  aka Distribuidora<br>          Salud Veterinaria,<br>  aka Distribuidora Qualyvet,<br>  aka www.qualityvet.com.mex,<br>ANIMAL POWER S.A. De C.V. (3),<br>  aka Animal Power,<br>  aka www.animalpower.com.mex,<br><br>          Defendants. | Case No. 05cr1629-L<br><br>ORDER OF CRIMINAL<br>FORFEITURE |

WHEREAS, in the Superseding Information in the above-captioned case, the United States

sought forfeiture of all right, title and interest in $1,400,000 (one million, four hundred thousand

U.S. Dollars) of the above-named Defendants, DENKALL, QUALITY-VET and ANIMAL

1  POWER S.A. De C.V. (hereinafter "Defendant Corporations"), pursuant to Title 21,

2  United States Code, Section 853, as proceeds obtained directly or indirectly as the result of the

3  commission of the violation charged in Count 1 of the Superseding Information; and

4  WHEREAS, on July 9, 2007, the Defendant Corporations entered a guilty plea to Counts

5  1 and 2 of the Superseding Information, which plea included consent to the forfeiture allegation

6  of the Superseding Information, and an agreement to forfeit $1,400,000 (U.S. Dollars) to the United

7  States, which amount represents the proceeds, received by the Defendant Corporations between

8  approximately 1998 and September 2005, for the distribution and sale of anabolic steroids,

9  Schedule III Controlled Substances; and

10  WHEREAS, by virtue of the admissions of the Defendant Corporations set out in their plea

11  agreement and guilty plea to Count 1 of the Superseding Information, the Court determined that

12  $1,400,000 (U.S. Dollars) represents the drug proceeds received by the Defendant Corporations

13  while engaging in conspiracies to distribute anabolic steroids as charged in the Superseding

14  Information; and

15  WHEREAS, by virtue of said guilty plea and the Court's findings, the United States is

16  entitled to a forfeiture money judgment against the Defendant Corporations in the amount of

17  $1,400,000, pursuant to 21 U.S.C. § 853 and Rule 32.2(b) of the Federal Rules of Criminal

18  Procedure; and

19  WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has

20  established the requisite nexus between the $1,400,000 and the offense set forth in Count 1 of the

21  Superseding Information; and

22  WHEREAS, the United States, having submitted the Order herein to the Defendant

23  Corporations through their attorney of record, to review, and no objections having been received;

24  Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

25  1.  The Defendant Corporations hereby forfeit to the United States the sum of

26  $1,400,000 pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2), which sum shall

27  be paid by the Defendant Corporations according to the following schedule:

28  //

1           a.     Upon entry of this Order, the Defendant Corporations forfeit all right and

2    interest in a total of $763,993.19, seized and in the possession of the United States Government

3    from: (a) First National Bank Account #801-83296 ($17,684.37); (b)Bear Sterns Securities

4    Corporation Account #996-02348 ($484,212.86); (c)Bear Sterns Securities Corporation Account

5    #996-02363 ($37.59); (d)Bear Sterns Securities Corporation Account #996-02347 ($146,058.37);

6    (e) Amount turned over by Corporate Counsel ($100,000); (f) Amount turned over by Attorney

7    representing a defendant charged in Criminal Indictment 05cr1629-L ($16,000) (these assets have

8    already been forfeited criminally or administratively); and

9           b.     At or before sentencing a certified check in the amount of $436,006.81 (U.S.

10   Dollars) shall be delivered by the Defendant Corporations to the United States and made payable

11   to the United States Treasury; and

12          c.     On or before August 1, 2008, the Defendant Corporations shall pay the

13   United States for application to the forfeiture judgment the sum of $50,000 in United States dollars

14   by way of certified check payable to the United States Treasury; and

15          d.     On or before August 1, 2009, the Defendant Corporations shall pay the

16   United States for application to the forfeiture judgment the sum of $50,000 in United States dollars

17   by way of certified check payable to the United States Treasury; and

18          e.     On or before August 1, 2010, the Defendant Corporations shall pay the

19   United States for application to the forfeiture judgment the sum of $50,000 in United States dollars

20   by way of certified check payable to the United States Treasury; and

21          f.     On or before August 1, 2011,  the Defendant Corporations shall pay the

22   United States for application to the forfeiture judgment the sum of $50,000 in United States dollars

23   by way of certified check payable to the United States Treasury; and

24      2.     Upon entry of this Order, the United States is entitled to entry of a judgment in its

25   favor in the amount of $1,400,000 which shall be credited for forfeiture payments when forfeited

26   and received as described in paragraph 1 above; and

27      3.     This Court shall retain jurisdiction over the Defendant Corporations for purposes

28   of enforcing this Order; and

3

1    4.    Pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall be made final as to the

2  Corporations at the time of sentencing and is part of the sentence and included in the judgment; and

3    5.    The United States of America, through the Internal Revenue Service, is hereby

4  appointed custodian of the forfeited properties and shall take all steps necessary to enforce the

5  forfeitures as described above.

6    6.    Publication of the forfeitures is not required because the specifically named

7  properties forfeited have already been administratively forfeited, and the balance of the forfeitures

8  represent payments by the Defendant Corporations over which no third party has any claim or

9  interest.   Ancillary proceedings pursuant to Title 21, United States Code, Section 853(n) are

10  therefore not required.

11    LET JUDGMENT BE ENTERED ACCORDINGLY.

12    DATED:

13    9/7/07

14    M. JAMES LORENZ, Judge
      United States District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28